**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **STRUCTURAL IRON WORKERS LOCAL UNION NO. 1 PENSION TRUST FUND,**<br><br>Plaintiff,<br><br>v.<br><br>**HARRIS DAVIS REBAR, LLC,**<br><br>Defendant. | CASE No. 1:17-cv-04922<br><br>JUDGE: Hon. John Z. Lee<br><br>MAG. Judge: Hon. Mary M. Rowland |

**JOINT MOTION FOR ENTRY OF STIPULATED ORDER OF JUDGMENT**

The Structural Iron Workers Local Union No. 1 Pension Trust Fund (the "Fund") and Harris Davis Rebar, LLC ("Harris Davis"), by and through their respective attorneys, jointly move for the entry of a Stipulated Order of Judgment agreed to pursuant to a Settlement Agreement, and in support, state as follows:

1. On June 30, 2017, the Fund filed a complaint against Harris Davis alleging that Harris Davis is responsible for the same withdrawal liability the Fund had assessed against Old Chicago Steel, LLC ("Old Chicago") and Davis J.D. Steel, LLC ("Davis JD") because Harris Davis was an alter ego and/or successor entity of those entities.

2. The Parties have resolved their dispute through the execution of a Settlement Agreement, which in part, calls for the entry of a Stipulated Order of Judgment, a copy of which is attached to this Motion as **Exhibit 1**.

3. In addition, the Plaintiffs have sent a word version of the proposed Stipulated Order of Judgment to the Court's proposed order inbox.

WHEREFORE, the Fund and Harris Davis respectfully request that this Court enter the Stipulated Order of Judgment to resolve this matter.

Date:  September 9, 2019

| | |
|---|---|
| /s/ *Matthew D. Grabell* <br> Matthew D. Grabell <br><br> Jeffery A. Krol (6300262) <br> Joseph E. Mallon (6280529) <br> (lead trial attorney) <br> Matthew D. Grabell (6312929) <br> Johnson & Krol, LLC <br> 311 S. Wacker Drive, Suite 1050 <br> Chicago, IL 60606 <br> 312.372.8587 <br> jeffkrol@johnsonkrol.com <br> mallon@johnsonkrol.com <br> grabell@johnsonkrol.com <br><br> **ATTORNEYS FOR PLAINTIFF** | /s/ *Michael G. Congiu* <br> Michael G. Congiu <br><br> Michael G. Congiu <br> **LITTLER MENDELSON, P.C.** <br> 1300 IDS Center <br> 80 South 8th Street <br> Minneapolis, MN  55402.2136 <br> Telephone: 612.313.7656 <br><br> 321 N. Clark Street, Suite 1000 <br> Chicago, IL 60654 <br> 312.795.3289 <br> mcongiu@littler.com <br><br> Kevin L. Wright <br> Melissa Harclerode <br> **LITTLER MENDELSON, P.C.** <br> 1650 Tysons Blvd., Suite 700 <br> McLean, VA 22102 <br> 703.442.8425 <br> klwright@littler.com <br> mharclerode@littler.com <br><br> **ATTORNEYS FOR DEFENDANT** |